**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

MAGISTRATE JUDGE MICHAEL J. WATANABE

Civil Action No. 06-cv-01852-LTB-MJW

BACKGROUND INFORMATION SERVICES, INC.,
a Colorado corporation

                              Plaintiff,

v.

BACKGROUND INFORMATION SERVICES, INC.,
an Ohio corporation
                              Defendant.

_____

**MINUTE ORDER GRANTING STIPULATED MOTION TO MODIFY
DATE OF SCHEDULING/PLANNING CONFERENCE**
_____

It is hereby ORDERED that the *Stipulated Motion to Modify Date Of Scheduling/Planning Conference*, filed on November 28, 2006, (DN 6),  is GRANTED and the Scheduling/Planning Conference set on January 31, 2007, at 9:30 a.m., is VACATED is RESET on January 18, 2007, at 3:00 p.m., in Courtroom A-502, Alfred A. Arraj US Courthouse, 901 19th Street, Denver, CO 80294.  The parties shall submit their proposed scheduling order to the court on or before January 11, 2007.

Date:  November 30, 2006

_____