IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-01852-LTB-MJW

BACKGROUND INFORMATION SERVICES, INC., a Colorado corporation,

Plaintiff(s),

v.

BACKGROUND INFORMATION SERVICES, INC., an Ohio corporation,

Defendant(s).

## MINUTE ORDER

It is hereby ORDERED that the Plaintiff Background Information Services, Inc.'s Motion to Enter Stipulated Protective Order, DN 19, filed with the Court on February 16, 2007, is GRANTED and the Stipulated Protective Order is approved and entered as an order of the Court.

Date:  February 20, 2007