**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  06-cv-01852-LTB-MJW

BACKGROUND INFORMATION SERVICES, INC., a Colorado corporation,

       Plaintiff,

v.

BACKGROUND INFORMATION SERVICES, INC., an Ohio corporation,

       Defendant.

_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Stipulated Motion for Dismissal With Prejudice Under Rule 41(a)(1)(ii) (Doc 24 - filed March 15, 2007), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                              BY THE COURT:

                                s/Lewis T. Babcock
                              Lewis T. Babcock, Chief Judge

DATED:   March 16, 2007